**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NEW YORK**

DOMINIQUE CASTILE.

                        **Plaintiff,**

    v.

COUNTY OF NIAGARA, SHERIFF MICHAEL J. FILICETTI, in his official and individual capacity, LEANNE GIACCOTTO, R.N., LINDSAY GETZ, R.N., UMBRINE FATIMA, M.D., PRIMECARE MEDICAL OF NEW YORK, INC., PRIMECARE MEDICAL, INC., JOHN DOE 1 through 5 (said Niagara County supervisor(s) and/or Niagara County Sheriff Office supervisor(s) or employee(s) or staff on Duty involved in the incident and underlying claims)

                        **Defendants.**

Index No.: 1:25-cv-00655

**NOTICE OF MOTION FOR REMAND**

28 U.S.C. § 1447

PLEASE TAKE NOTICE, that plaintiff DOMINQUE CASTILE, by and through her attorneys, LIPSITZ GREEN SCIME CAMBRIA, will bring a motion for remand before this Court on a date and time which will be provided by the Court later, hereby requesting that the Court remand the action back to State court.

DATED this 21st day of August 2025.

/s/ Melissa D. Wischerath
Melissa D. Wischerath
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, #120
Buffalo, NY 14202
(716) 849-1333
mwischerath@lglaw.com
Attorneys for Plaintiff