**CERTIFICATE OF SERVICE**

I certify that on the 21st day of August 2025, I e-filed via the WDNY CM/ECF System Plaintiff's Motion for remand, which automatically notifies all counsel of record.

I also emailed it to counsel for Defendant Fatima:

Michael J. Roach, Esq.
CONNORS LLP
Attorneys for Defendant
Umbrine Fatima, M.D.
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
mjr@connorsllp.com

/s/ Melissa D. Wischerath

7095092v1 - 073293.0001