

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DOMINIQUE CASTILE,

        Plaintiff,

        v.                                                   25-CV-655 (JLS) (JJM)

NIAGARA COUNTY; SHERIFF
MICHAEL J. FILICETTI, *in his Official
and Individual Capacity as Sheriff of
Niagara County*; PRIMECARE
MEDICAL OF NEW YORK, INC.;
PRIMECARE MEDICAL, INC.;
LEANNE GIACCOTTO, R.N.;
LINDSAY GETZ, R.N.; RENE
MARRIOTT, R.N.; UMBRINE FATIMA,
M.D.; and JOHN DOE 1 through 5 *(said
Niagara County supervisor(s) and/or
Niagara County Sheriff Department
supervisor(s) or employee(s) or staff on
Duty involved in the incident and
underlying claims)*,

        Defendants.

_____

## DECISION AND ORDER

Plaintiff Dominque Castile commenced this action in New York state court on

May 29, 2025, asserting claims under New York state law, 42 U.S.C. § 1983, and

the Americans with Disabilities Act, based on the circumstances surrounding his

medical treatment at the Niagara County Jail. Dkt. 1-2. The case has been

referred to United States Magistrate Judge Jeremiah J. McCarthy for all

proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 6.

On July 21, 2025, Defendants removed the action to the Western District of New York. Dkt. 1. On August 21, 2025, Plaintiff filed a motion to remand the action to state court. Dkt. 5. Defendants opposed this motion, Dkt. 12, and Plaintiff replied. Dkt. 14. On August 29, 2025, Defendants also moved to dismiss Plaintiff's complaint for failure to state a claim. Dkt. 8.

On March 4, 2026, Judge McCarthy issued a Report and Recommendation (R&R) addressing Plaintiff's motion to remand, Dkt. 5, and Defendants' motion to dismiss, Dkt. 8. *See* Dkt. 17. He recommends that this Court deny Plaintiff's motion to remand, Dkt. 5, and deny Defendants' motion to dismiss without prejudice to renewal, Dkt. 8. *Id.* at 5. Neither party filed objections, and the time to do so has expired. *See id.*

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts and adopts Judge McCarthy's recommendation.

2

Thus, for the reasons in the R&R, Plaintiff's motion to remand, Dkt. 5, is DENIED, and Defendants' motions to dismiss, Dkt. 8, is DENIED without prejudice to renewal.  The case is referred back to Judge McCarthy consistent with the August 22, 2025 referral order.  *See* Dkt. 6.

SO ORDERED.

Dated:       March 30, 2026
             Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE