UNITED STATES DISTRICT COURT
FILED
OCT 29 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DOMINIQUE CASTILE,

Plaintiff,

v.

25-CV-655 (JLS) (JJM)

NIAGARA COUNTY; NIAGARA COUNTY SHERIFF MICHAEL J. FILICETTI, *in his Official and Individual Capacity as Sheriff of Niagara County*; PRIMECARE MEDICAL OF NEW YORK, INC.; PRIMECARE MEDICAL, INC.; LEANNE GIACCOTTO, R.N.; LINDSAY GETZ, R.N.; RENE MARRIOTT, R.N.; UMBRINE FATIMA, M.D.; and JOHN DOE 1 through 5 *(said Niagara County supervisor(s) and/or Niagara County Sheriff Department supervisor(s) or employee(s) or staff on Duty involved in the incident and underlying claims)*,

Defendants.

## DECISION AND ORDER

Plaintiff Dominique Castile commenced this action in New York state court on May 29, 2025, asserting claims under New York state law, 42 U.S.C. § 1983, and the Americans with Disabilities Act, based on the circumstances surrounding his medical treatment at the Niagara County Jail. Dkt. 1-2. The case has been referred to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 6.

Before the Court are Defendants' renewed motions to dismiss Plaintiff's Amended Complaint. *See* Dkt. 27, 30.[1] Plaintiff opposed each motion to dismiss, Dkt. 34, 35, and Defendants replied. Dkt. 36, 37.

On August 28, 2026, Judge McCarthy issued a Report and Recommendation (R&R) addressing the motions to dismiss. *See* Dkt. 39. He recommends that the [27] motion to dismiss be granted in part and denied in part; and that the [30] motion to dismiss be granted in its entirety. *Id.* at 9.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts and adopts Judge McCarthy's recommendation.

Therefore, for the reasons above and in the R&R, Defendants' motions to dismiss, Dkt. 27, 30, are GRANTED in part and DENIED in part. Specifically,

---

[1] Defendants County of Niagara, Michael J. Filicetti, Michael Gandt, Lindsay Getz, Leanne Giaccotto, Rene Marriott, PrimeCare Medical of New York, Inc., PrimeCare Medical, Inc. jointly filed a motion to dismiss. *See* Dkt. 27. And Defendant Umbrine Fatima filed a separate motion to dismiss. *See* Dkt. 30.

Plaintiff's Section 1983 deliberate-indifference claims against Defendants Giaccotto, Getz, Marriott, and Gandt may proceed. The remaining claims are dismissed without further leave to amend. The case is referred back to Judge McCarthy consistent with the August 22, 2025 referral order. *See* Dkt. 6.

SO ORDERED.

Dated: October 29, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE